IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERI A. RAVENSCROFT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICHELLE CELLAR, in his/her individual/official capacity; TRENT HILL, in his/her individual/official capacity; KEVIN DENNEY, in his/her individual/official capacity; KARI FISK, in his/her individual/official capacity; STACY NONHOF, in his/her individual/official capacity; ROGER STEELE, in his/her individual/official capacity; and CITY OF GRAND ISLAND,<br><br>　　　　　Defendants. | 4:25CV3100<br><br>**MEMORANDUM AND ORDER** |

Plaintiff Sheri A. Ravenscroft, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 4th day of November, 2025.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*Joseph F. Bataillon*

　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge