IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERI A. RAVENSCROFT, | |
| Plaintiff, | **4:25CV3100** |
| vs. | |
| RICHELLE CELLAR, in his/her individual/official capacity; TRENT HILL, in his/her individual/official capacity; KEVIN DENNEY, in his/her individual/official capacity; KARI FISK, in his/her individual/official capacity; STACY NONHOF, in his/her individual/official capacity; ROGER STEELE, in his/her individual/official capacity; and CITY OF GRAND ISLAND, | **MEMORANDUM AND ORDER** |
| Defendants. | |

On March 18, 2026, the Court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. Filing No. 10. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 4th day of May, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge